# EXHIBIT A

Case 1:18-cv-05964-NGG-VMS Document 1-1 Filed 10/24/18 Page 1 of 2 PageID #: 6

