# EXHIBIT B

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*[signature]*

Acting United States Register of Copyrights and Director

**Registration Number**

**VA 2-064-988**

**Effective Date of Registration:**
August 30, 2017

## Title

**Title of Work:** Group Registration of published photographs; Matthew McDermott-2017 Photos; all published 06/07/2017-8/29/2017; 208 photographs

**Content Title:** McDermott_Stripper1, 6/7/17.jpg

McDermott_Mermaids, 6/19/17.jpg
McDermott_Thunderstorms, 6/19/17.jpg
6/19/2017

McDermott_Smashed Window, 6/20/17.jpg

McDermott_Al Sharpton, 6/21/17.jpg
McDermott_Al Sharpton2, 6/21/17.jpg
McDermott_Gwen Carr, 6/21/17.jpg
McDermott_Jess, 6/21/17.jpg
6/21/2017

McDermott_FDNY, 6/22/17.jpg
McDermott_FDNY2, 6/22/17.jpg
6/22/2017

McDermott_Pool, 6/23/17.jpg

McDermott_Black Lives Matter Protest 3, 6/27/17.jpg
McDermott_Black Lives Matter Protest, 6/27/17.jpg
McDermott_Black Lives Matter Protest2, 6/27/17.jpg
McDermott_Guardian Angels 2, 6/27/17.jpg
McDermott_Guardian Angels, 6/27/17.jpg
McDermott_Subway, 6/27/17.jpg
6/27/2017

McDermott_Americares, 6/28/17.jpg
McDermott_Americares2, 6/28/17.jpg
McDermott_FDNY 2, 6/28/17.jpg
McDermott_FDNY 3, 6/28/17.jpg
McDermott_FDNY 4, 6/28/17.jpg
McDermott_FDNY, 6/28/17.jpg
McDermott_Fire, 6/28/17.jpg
McDermott_Melissa and Finnigan, 6/28/17.jpg
McDermott_Melissa Dibbs, 6/28/17.jpg
6/28/2017

McDermott_Selfie, 6/29/17.jpg

McDermott_Dog, 6/30/17.jpg
McDermott_Guardian Angels 2, 6/30/17.jpg
McDermott_Guardian Angels 3, 6/30/17.jpg
McDermott_Guardian Angels, 6/30/17.jpg
McDermott_Illegal parking of NYPD officer's private vehicles, 6/30/17.jpg
6/30/2017

McDermott_Adriano Espaillat, 7/1/17.jpg
McDermott_Guardian Angels, 7/1/17.jpg
7/1/2017

McDermott_Darcel Clark, 7/3/17.jpg
McDermott_Fire Fighters, 7/3/17.jpg
7/3/2017

McDermott_FDNY1, 7/4/17.jpg
McDermott_FDNY2, 7/4/17.jpg
McDermott_FDNY3, 7/4/17.jpg
McDermott_Independence Day 2, 7/4/17.jpg
McDermott_Independence Day, 7/4/17.jpg
McDermott_Veterans, 7/4/17.jpg
7/4/2017

McDermott_Americares 1, 7/6/17.jpg
McDermott_Americares 2, 7/6/17.jpg
McDermott_James O'Neill, 7/6/17.jpg
7/6/2017

McDermott_apartment building, 7/7/17.jpg
McDermott_Crime, 7/7/17.jpg
7/7/2017

McDermott_Subway, 7/10/17.jpg
McDermott_Subway2, 7/10/17.jpg
7/10/2017

McDermott_ World Changers Church, 7/11/17.jpg
McDermott_Andrew Cuomo, 7/11/17.jpg
McDermott_Chazz Palminteri, 7/11/17.jpg
McDermott_Mayor de Blasio, 7/11/17.jpg
McDermott_NYPD, 7/11/17.jpg
McDermott_NYPD2, 7/11/17.jpg
McDermott_NYPD3, 7/11/17.jpg
McDermott_Police, 7/11/17.jpg
McDermott_Police2, 7/11/17.jpg
McDermott_Protester, 7/11/17.jpg
McDermott_wake, 7/11/17.jpg
McDermott_Wake2, 7/11/17.jpg
7/11/2017

McDermott_Andrew Cuomo, 7/12/17.jpg
McDermott_Homeless, 7/12/17.jpg
McDermott_Homeless2, 7/12/17.jpg
7/12/2017

McDermott_Cuomo, 7/13/17.jpg
McDermott_FDNY, 7/13/17.jpg
McDermott_FDNY2, 7/13/17.jpg
McDermott_Fire, 7/13/17.jpg



7/13/2017

McDermott_Cuomo and De Blasio, 7/17/17.jpg
McDermott_Cuomo, 7/17/17.jpg
McDermott_De Blasio, 7/17/17.jpg
McDermott_Healthcare Protester, 7/17/17.jpg
McDermott_Healthcare Rally, 7/17/17.jpg
McDermott_Healthcare Rally2, 7/17/17.jpg
McDermott_Healthcare Rally3, 7/17/17.jpg
7/17/2017

McDermott_Cowboy, 7/18/17.jpg
McDermott_Cowboy2, 7/18/17.jpg
McDermott_Cuomo, 7/18/17.jpg
McDermott_Horse, 7/18/17.jpg
7/18/2017

McDermott_Boots, 7/19/17.jpg
McDermott_Cowboy, 7/19/17.jpg
McDermott_Cowboy2, 7/19/17.jpg
McDermott_Cowboy3, 7/19/17.jpg
McDermott_Cowboy4, 7/19/17.jpg
McDermott_Cowboy5, 7/19/17.jpg
McDermott_Key Food, 7/19/17.jpg
McDermott_Man on Horse, 7/19/17.jpg
McDermott_Pool, 7/19/17.jpg
McDermott_Pool2, 7/19/17.jpg
McDermott_Sunglasses, 7/19/17.jpg
7/19/2017

McDermott_Andrew Cuomo, 7/20/17.jpg
McDermott_Cuomo2, 7/20/17.jpg
7/20/2017

McDermott_Cuomo, 7/21/17.jpg
McDermott_Cuomo2, 7/21/17.jpg
McDermott_De Blasio, 7/21/17.jpg
McDermott_De Blasio2, 7/21/17.jpg
McDermott_Rally, 7/21/17.jpg
McDermott_Isiah Shorter, 7/21/17.jpg7/21/2017

McDermott_NYPD, 7/22/17.jpg

McDermott_NYPD, 7/23/17.jpg
McDermott_Octavia Elliott, 7/23/17.jpg
7/23/2017

McDermott_Casino, 7/24/17.jpg
McDermott_NYPD, 7/24/17.jpg
7/24/2017

McDermott_Blind Woman, 7/25/17.jpg
McDermott_Chelsea Kennel Club, 7/25/17.jpg
McDermott_Cuomo, 7/25/17.jpg
McDermott_Pet Store, 7/25/17.jpg
McDermott_Pet Store2, 7/25/17.jpg
McDermott_The Chelsea Kennel Club, 7/25/17.jpg
7/25/2017

McDermott_Andrew Cuomo, 7/26/17.jpg
McDermott_De Blasio, 7/26/17.jpg
McDermott_De Blasio2, 7/26/17.jpg
McDermott_De Blasio3, 7/26/17.jpg
McDermott_Pool, 7/26/17.jpg
McDermott_Protesters1, 7/26/17.jpg
McDermott_Protesters2, 7/26/17.jpg
McDermott_Protesters3, 7/26/17.jpg
McDermott_Protesters4, 7/26/17.jpg
McDermott_Protesters5, 7/26/17.jpg
McDermott_Putin Trump Costume, 7/26/17.jpg
McDermott_Trump Protest, 7/26/17.jpg
McDermott_Trump Protest2, 7/26/17.jpg
McDermott_Trump Protester, 7/26/17.jpg
7/26/2017

McDermott_Cuomo, 7/27/17.jpg
McDermott_Cuomo2, 7/27/17.jpg
McDermott_Rodeo, 7/27/17.jpg
McDermott_Rodeo2, 7/27/17.jpg
McDermott_Rodeo3, 7/27/17.jpg
7/27/2017

McDermott_Cuomo, 7/28/17.jpg
McDermott_De Blasio, 7/28/17.jpg
McDermott_Subway, 7/28/17.jpg
7/28/2017

McDermott_Americares, 8/2/17.jpg
McDermott_Americares2, 8/2/17.jpg
McDermott_Americares3, 8/2/17.jpg
McDermott_Cuomo, 8/2/17.jpg
McDermott_Guy Ritchie, 8/2/17.jpg
McDermott_Guy Ritchie2, 8/2/17.jpg
McDermott_Guy Ritchie3, 8/2/17.jpg
McDermott_Guy Ritchie4, 8/2/17.jpg
8/2/2017

McDermott_Rodeo, 8/3/17.jpg
McDermott_Rodeo2, 8/3/17.jpg
McDermott_Rodeo3, 8/3/17.jpg
8/3/2017

McDermott_Bathroom, 8/7/17.jpg
McDermott_Bed, 8/7/17.jpg
McDermott_Motel Room, 8/7/17.jpg
McDermott_Motel, 8/7/17.jpg
McDermott_Motel2, 8/7/17.jpg
8/7/2017

McDermott_Motel, 8/8/17

McDermott_Benjamin Wey, 8/9/17.jpg

McDermott_AIDS Walk1, 8/10/17.jpg
McDermott_AIDS Walk2, 8/10/17.jpg
McDermott_AIDS Walk3, 8/10/17.jpg
McDermott_AIDS Walk4, 8/10/17.jpg



McDermott_AIDS Walk5, 8/10/17.jpg
McDermott_AIDS Walk6, 8/10/17.jpg
McDermott_AIDS Walk7, 8/10/17.jpg
McDermott_AIDS Walk8, 8/10/17.jpg
McDermott_AIDS Walk9, 8/10/17.jpg
McDermott_AIDS Walk10, 8/10/17.jpg
McDermott_Ben Wey, 8/10/17.jpg
McDermott_Ben Wey2, 8/10/17.jpg
McDermott_Kids, 8/10/17.jpg
McDermott_Richard Severin, 8/10/17.jpg
McDermott_Rodeo, 8/10/17.jpg
McDermott_Rodeo2, 8/10/17.jpg
8/10/2017

McDermott_Bill Signing, 8/14/17.jpg
McDermott_De Blasio, 8/14/17.jpg
McDermott_De Blasio2, 8/14/17.jpg
McDermott_Protest, 8.14.17.jpg
McDermott_Protester, 8/14/17.jpg
McDermott_Protester2, 8/14/17.jpg
McDermott_Protester3, 8/14/17.jpg
McDermott_Protester4, 8/14/17.jpg
McDermott_Protester5, 8/14/17.jpg
McDermott_Protester6, 8/14/17.jpg
8/14/17

McDermott_Protest, 8/15/17.jpg
McDermott_Protest2, 8/15/17.jpg
McDermott_Protest3, 8/15/17.jpg
McDermott_Protest4, 8/15/17.jpg
McDermott_Protest5, 8/15/17.jpg
McDermott_Protest6, 8/15/17.jpg
8/15/2017

McDermott_Homeless, 8/16/17.jpg
McDermott_Homeless2, 8/16/17.jpg
McDermott_Protest, 8/16/17.jpg
McDermott_Rose, 8/16/17.jpg
8/16/2017

McDermott_A teenager plays soccer, 8/17/17.jpg
McDermott_Raunedys Pena (left) and Richard Vergara, 8/17/17.jpg
McDermott_The Marx Brothers Playground, 8/17/17.jpg
8/17/2017

McDermott_FDNY, 8-18-17.jpg

McDermott_Eclipse, 8/21/17.jpg
McDermott_Eclipse1, 8/21/17.jpg
McDermott_Eclipse2, 8/21/17.jpg
McDermott_Eclipse3, 8/21/17.jpg
McDermott_Eclipse4, 8/21/17.jpg
McDermott_Eclipse5, 8/21/17.jpg
McDermott_Rob Astorino, 8/21/17.jpg
8/21/2017

McDermott_Richard Severin, 8/22/17.jpg

McDermott_Hiram Monserrate, 8/23/17.jpg

McDermott_Building, 8/24/17.jpg

McDermott_Badge, 8/25/17.jpg
Mcdermott_Cops, 8/25/17.jpg
McDermott_cops2, 8/25/17.jpg
McDermott_Cops3, 8/25/17.jpg
McDermott_Cops4, 8/25/17.jpg
McDermott_Pregnant, 8/25/17.jpg
McDermott_Pregnant2, 8/25/17.jpg
8/25/2017

McDermott_Hiram Monserrate, 8/28/17.jpg

McDermott_Monserrate, 8/29/17.jpg

## Completion/Publication

**Year of Completion:** 2017
**Date of 1st Publication:** June 07, 2017
**Nation of 1st Publication:** United States

## Author

- **Author:** Matthew McDermott
  **Author Created:** photograph
  **Work made for hire:** No
  **Domiciled in:** United States

## Copyright Claimant

**Copyright Claimant:** Matthew McDermott
23-38 33rd St.-Apt.2F, Astoria, NY, 11105, United States

## Certification

**Name:** Richard Liebowitz
**Date:** August 30, 2017



       **Registration #:** VA0002064988
      **Service Request #:** 1-5732543179

Liebowitz Law Firm, PLLC
Richard Liebowitz
11 Sunrise Plaza - Ste. 305
Valley Stream, NY 11580 United States

